Robert D. Towey (admitted *pro hac vice*)
Aurora F. Parrilla
**LOWENSTEIN SANDLER PC**
1251 Avenue of the Americas
New York, New York 10020
(212) 262-6700
rtowey@lowenstein.com
aparrilla@lowenstein.com
*Attorneys for Defendants*
*Independence Energy Group LLC and*
*Independence Energy Alliance LLC*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TODD C. BANK, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>INDEPENDENCE ENERGY GROUP LLC and INDEPENDENCE ENERGY ALLIANCE LLC,<br><br>Defendants. | **Civil Action No. 1:12-cv-1369 (WFK)(VMS)**<br><br>Honorable William F. Kuntz, II, U.S.D.J.<br><br>**DOCUMENT**<br>**FILED ELECTRONICALLY**<br><br>**NOTICE OF MOTION TO DISMISS** |

To: Todd C. Bank
Attorney at Law
119-40 Union Turnpike
Fourth Floor
Kew Gardens, New York 11415
(718) 520-7125

**PLEASE TAKE NOTICE** that the Defendants Independence Energy Group LLC and Independence Energy Alliance, LLC ("Defendants") shall move before the Honorable William F. Kuntz, II, U.S.D.J., United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York, for an Order dismissing the Plaintiff's Complaint

with prejudice for failure to state a claim on which relief may be granted pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

**PLEASE TAKE FURTHER NOTICE** that In support of this Motion to Dismiss, Defendants rely upon the accompanying Memorandum of Law and supporting exhibits.

Respectfully submitted,

*/s/Aurora F. Parrilla*
Aurora F. Parrilla

Dated: August 24, 2012*

*Please note that this Notice of Motion was inadvertently not served along with Defendants' Memorandum of Law and supporting exhibits on July 27, 2012, and is being served today, August 24, 2012. Plaintiff does not object or take issue with the service of the Notice of Motion today.