UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TODD C. BANK, Individually and on Behalf of AllJUDGMENT
Others Similarly Situated,12-CV- 1369 (WFK)

Plaintiff,

-against-

INDEPENDENCE ENERGY GROUP LLC, and
INDEPENDENCE ENERGY ALLIANCE LLC

Defendants.
-----------------------------------------------------------------X

A Memorandum and Order of Honorable William F. Kuntz, II United States District Judge, having been filed on March 12, 2013, dismissing Plaintiff's claims for lack of subject matter jurisdiction; it is

ORDERED and ADJUDGED that Plaintiff's claims are dismissed for lack of subject matter jurisdiction.

Dated: Brooklyn, New YorkDouglas C. Palmer
March 13, 2013Clerk of Court

by:
Michele Gapinski
Chief Deputy for
Court Operations