UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TODD C. BANK, Individually and on Behalf of All Others Similarly Situated,<br><br>        *Plaintiff*,<br><br>  -against-<br><br>INDEPENDENCE ENERGY GROUP LLC, and INDEPENDENCE ENERGY ALLIANCE LLC,<br><br>        *Defendants*. | 1:12-cv-01369-WFK-VMS<br><br>**NOTICE OF APPEAL** |

  **PLEASE TAKE NOTICE**, that Plaintiff, Todd C. Bank, hereby appeals the following to the United States Court of Appeals for the Second Circuit: each and every part of the Memorandum and Order of this Court dated and entered with the clerk on March 12, 2013 (D.E. 16); and the Judgment, dated and entered with the clerk on March 13, 2013 (D.E. 17).

Dated: May 1, 2013

                     _____
                     TODD C. BANK
                     119-40 Union Turnpike
                     Fourth Floor
                     Kew Gardens, New York 11415
                     (718) 520-7125
                     TB 6825

                     Plaintiff *Pro Se*