**MANDATE**

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 3rd day of December, two thousand and thirteen.

Before:  John M. Walker, Jr.,
 José A. Cabranes,
 Barrington D. Parker,
  *Circuit Judge*s.

_____

Todd C. Bank, individually and on behalf of all others similarly situated,

Plaintiff - Appellant,

v.

Independence Energy Group LLC, Independence Energy Alliance LLC,

Defendants - Appellees.

**JUDGMENT**
Docket No. 13-1746

_____

The appeal in the above captioned case from a judgment of the United States District Court for the Eastern District of New York was submitted on the district court record and the parties' briefs. Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the district court is VACATED and the cause is REMANDED for further proceedings in accordance with the opinion of this court.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 01/08/2014**