Robert Towey (admitted *pro hac vice*)
robert.towey@sedgwicklaw.com
Aurora F. Parrilla (State Bar No.4487070)
aurora.parrilla@sedgwicklaw.com
SEDGWICK LLP
Three Gateway Center, 12th Floor
Newark, NJ  07102-4072
Telephone:      973.242.0002
Facsimile:       973.242.8099

*Attorneys for Defendants*
*Independence Energy Group LLC and Independence Energy Alliance LLC*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TODD C. BANK, Individually and on Behalf of All Others and Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>INDEPENDENCE ENERGY GROUP LLC and INDEPENDENCE ENERGY ALLIANCE LLC,<br><br>Defendants. | Civil Action No: 1:12-cz-1369 (WFK)<br><br>Honorable William F. Kuntz, II, U.S.D.J.<br><br>**DOCUMENT FILED ELECTRONICALLY**<br><br>**NOTICE OF MOTION** |

To:   Todd C. Bank
       Attorney at Law
       119-40 Union Turnpike
       Fourth Floor
       Kew Gardens, New York 11415
       (718) 520-7125

**PLEASE TAKE NOTICE** that the Defendants Independence Energy Group LLC and Independence Energy Alliance, LLC ("Defendants") shall move before the Honorable William F. Kuntz, II, U.S.D.J., United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York, for an Order dismissing the Plaintiff's Complaint

with prejudice for failure to state a claim on which relief may be granted pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion to Dismiss, Defendants rely upon the accompanying Memorandum of Law, Declaration of Aurora F. Parrilla, and supporting exhibits.

> Respectfully submitted,
>
> /s/Aurora F. Parrilla
> Aurora F. Parrilla

Dated: April 11, 2014