UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
TODD C. BANK,                                             JUDGMENT
                                                          12-CV- 1369 (JG)
                      Plaintiff,

   -against-

INDEPENDENCE ENERGY GROUP LLC
and INDEPENDENT ENERGY ALLIANCE
LLC,

                      Defendants.
--------------------------------------------------------X

        A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on July 23, 2015, granting Defendants' motion for summary judgment; and dismissing the complaint; it is

        ORDERED and ADJUDGED that Defendants' motion for summary judgment is granted; and that the complaint is dismissed.

Dated: Brooklyn, New York                                    Douglas C. Palmer
       July 24, 2015                                             Clerk of Court

                                                        by:    */s/ Janet Hamilton*
                                                                   Deputy Clerk