UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TODD C. BANK, Individually and on Behalf of All Others Similarly Situated,<br><br>                            *Plaintiff*,<br><br>    -against-<br><br>INDEPENDENCE ENERGY GROUP LLC, and INDEPENDENCE ENERGY ALLIANCE LLC,<br><br>                            *Defendants*. | 1:12-cv-01369-JG-VMS<br><br>**NOTICE OF APPEAL** |

      **PLEASE TAKE NOTICE**, that Plaintiff, Todd C. Bank, hereby appeals the following to the United States Court of Appeals for the Second Circuit: each and every part of the Memorandum and Order of this Court dated and entered with the clerk on July 23, 2015 (D.E. 65); and the Judgment, dated and entered with the clerk on July 24, 2015 (D.E. 66).

Dated: July 28, 2015

                                                                                   s/ *Todd C. Bank*
                                                                             TODD C. BANK
                                                                             119-40 Union Turnpike
                                                                             Fourth Floor
                                                                             Kew Gardens, New York 11415
                                                                             (718) 520-7125
                                                                             TB 6825

                                                                             Plaintiff *Pro Se*

## CERTIFICATE OF SERVICE

      I hereby certify that on July 28, 2015, a true and accurate copy of the foregoing document was filed electronically. Notice of this filing will be sent to counsel all parties by operation of the Court's electronic filing system. Counsel for the non-serving party is a Filing User and is served electronically by the Notice of Docket Activity.

                                                                        *s/ Todd C. Bank*
                                                                       TODD C. BANK
                                                                       Dated: July 28, 2015