**MANDATE**

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 1st day of August, two thousand twenty-two.

Before:   Debra Ann Livingston,
   *Chief Judge*,
   José A. Cabranes,
   Barrington D. Parker,
   *Circuit Judges*.

_____

Todd C. Bank, individually and on behalf of
all others similarly situated,

    Plaintiff - Appellant,

v.

Independence Energy Group LLC, Independence
Energy Alliance LLC,

    Defendants - Appellees.
_____

**ORDER**

Docket No. 15-2391

This appeal was orally argued on March 2, 2016. On March 7, 2016, Appellant Bank moved to stay the appeal pending the Federal Communications Commission (FCC) determination of a petition he filed seeking a declaratory ruling regarding the term "residential telephone line." At the Court's direction, the FCC filed an amicus brief in which it similarly stated that the appeal should be held in abeyance pending the FCC's determination. On October 1, 2020 and April 18, 2022, the Court sought status updates from the parties. As recently as April 29, 2022, the Court was advised that the proceeding remains pending at the FCC.

IT IS HEREBY ORDERED, that this appeal is dismissed, not on the merits. Either party may reinstate the appeal by a letter addressed to the Clerk. The letter must be filed within 30 days of the FCC determination of <u>In re: Bank</u>, FCC, Docket No. 02-278. If reinstated, the appeal shall be referred to this panel.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 09/27/2022**